[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 23.]

THE STATE EX REL. CAPPELLA, APPELLEE, *v.* INDUSTRIAL COMMISSION OF
OHIO ET AL.; MSL INDUSTRIES, INC., APPELLANT.

[Cite as *State ex rel. Cappella v. Indus. Comm.*, 2001-Ohio-22.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 00-827—Submitted November 14, 2000—Decided January 24, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 96AP-1220.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Willacy, LoPresti & Marcovy* and *Timothy A. Marcovy*, for appellant.

————————————